IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | Case No: 2:18CR352-ECM |
| ) | |
| TIMOTHY PETTIWAY,    ) | |
|     Defendant.    ) | |

## MOTION TO CONTINUE

**COMES NOW,** Defendant TIMOTHY PETTIWAY, by and through undersigned counsel, and moves this Honorable Court to continue the Hearing set in this matter. As grounds therefore, Defendant states as follows:

1. Attorney Mazur received notice of her appointment to this matter on the 20th day of December, 2018.

2. Attorney Mazur did not receive discovery until the 4th day of January, 2019.

3. Due to the voluminous nature of the discovery in this matter, counsel needs additional time to review discovery and meet with the Defendant.

WHEREFORE, premises considered, undersigned counsel respectfully requests this Honorable Court continue the hearing set in this matter and issue a new Scheduling Order.

**RESPECTFULLY SUBMITTED,** this the 8th day of January, 2018.

/s/ Sherri Lee Mazur
Sherri Lee Mazur (MAZ009)

**OF COUNSEL**
The Mazur Law Firm, LLC
1777 Taliaferro Trail
Montgomery, AL 36117
Phone: 334-694-9339
E-Mail: Sherri@smazurlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No: 2:18CR352-ECM |
| ) | |
| **TIMOTHY PETTIWAY,** ) | |
|     **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Sherri Mazur
Sherri Lee Mazur (MAZ009)

**OF COUNSEL**
The Mazur Law Firm, LLC
1777 Taliaferro Trail
Montgomery, AL 36117
Phone: 334-694-9339
E-Mail: Sherri@smazurlaw.com