IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 2:18-cr-00352-ECM-SMD |
| | ) | |
| **TIMOTHY DEAN PETTIWAY** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW**, Timothy Pettiway by and through his attorney of record, Preston L. Presley and notifies this Honorable Court of his intent to change his plea from not guilty to guilty. Mr. Pettiway would request that he be allowed to enter his plea before his District Court Judge the Hon. Elizabeth Marks.

**Respectfully Submitted** on this the 1st day of February, 2019.

/s/ Preston L. Presley
Preston L. Presley

OF COUNSEL:

PRESTON L. PRESLEY
ATTORNEY AT LAW
1145 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104
Telephone:   334-265-3333
Fax:         334-265-3411
Email:       plpresley@gmail.com

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing document upon the United States Attorney by e-filing a copy of the same on this the 1st day of February, 2019.

/s/ Preston L. Presley
Preston L. Presley (PRE030)