**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:18-CR-352-ECM-WC |
| | ) | |
| **TIMOTHY PETTIWAY.** | ) | |

### MOTION TO WITHDRAW

COMES NOW undersigned counsel who hereby requests this Honorable Court grant her Motion to Withdraw as counsel of record for Timothy Pettiway. As grounds, counsel shows as follows:

1. Defendant retained Attorney Preston Presley to represent him in this case.

2. Attorney Presley has already reached a resolution in this case and filed a notice of intent to change plea on February 1, 2019.

3. Because Attorney Presley has already reached a resolution in this case through the form of the entrance of a guilty plea, the granting of this withdrawal will not further delay the proceedings.

4. Neither party would be prejudiced by the granting of said withdrawal.

WHEREFORE, undersigned counsel respectfully requests the Court grant her Motion to Withdraw as counsel of record in this case.

Respectfully submitted this the 1st day of February, 2019.

Respectfully submitted,

*/s/ Sherri L. Mazur*
SHERRI LEE MAZUR (MAZ009)
The Mazur Law Firm, LLC

                                                  1777 Taliaferro Trail  
                                                  Montgomery, AL 36117  
                                                  334-694-9339  
                                                  Sherri@SMazurLaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:18-CR-352-ECM-WC** |
| ) | |
| **TIMOTHY PETTIWAY.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Sherri L. Mazur*
SHERRI LEE MAZUR (MAZ009)
The Mazur Law Firm, LLC
1777 Taliaferro Trail
Montgomery, AL 36117
334-694-9339
Sherri@SMazurLaw.com